PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 1:20CR00075-2 |
| | ) | |
| Kasondra Grant | ) | |

COMES NOW, Shylah Leonard, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Kasondra Grant who was placed under amended pretrial release supervision by the Honorable Clare R. Hochhalter, Magistrate Judge, sitting in the Court at Bismarck, on July 23, 2021, under the following conditions:

1. Defendant shall continue to Springboard's sober living facility until July 23, 2021. On July 23, 2021, defendant shall return to North Dakota and reside with her mother at her mother's residence in Rollette, North Dakota. Defendant shall not change this residence without prior approval of the Pretrial Services Office.

2. Defendant shall continue to participate in treatment, aftercare, and/or counseling if recommended by the Pretrial Services Officer.

3. Prior to departing Springboard's sober living facility, defendant shall provide the Pretrial Services Office with her travel itinerary.

4. Upon her arrival in North Dakota, defendant shall immediately contact the Pretrial Services Office and thereafter report to the Pretrial Services Office at such times and in such manner as it designates.

5. Defendant shall submit his/her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

6. Defendant shall not violate federal, state, tribal, or local law while on release.

7. Defendant shall appear in court as required and surrender for any sentence imposed.

8. The defendant shall refrain from: any use of alcohol; any use or possession of a narcotic

PS 8
(Rev. 2/2013)
Grant, Kasondra
0868 1:20CR00075

    drug and other controlled substances defined 21 USC 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

9. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

10. Defendant shall sign all releases of information requested by the Pretrial Services Officer so that her progress and participation in treatment may be monitored.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **Violation of Condition #1**: The Defendant has failed to reside at her approved residence with her mother in Rollette, ND. At the time of this filing, her whereabouts were unknown.
2. **Violation of Condition #4**: The Defendant failed to report to the Pretrial Services Officer as directed in August 2021.

PRAYING THAT THE COURT WILL ORDER: THAT A WARRANT BE ISSUED FOR THE ARREST OF KASONDRA GRANT AND A HEARING BE HELD TO DETERMINE IF SHE VIOLATED THE CONDITIONS OF HER PRETRIAL RELEASE.

    I declare under penalty of perjury that the foregoing is true and correct.

    Respectfully,

    /s/ Shylah Leonard    08/27/2021
    U.S. Pretrial Services Officer
    Place: Minot

PS 8
(Rev. 2/2013)
Grant, Kasondra
0868 1:20CR00075

# ORDER OF THE COURT

Considered and ordered this 27th day of August, 2021, and ordered filed and made a part of the record in the above case.

- ☒ Warrant to be issued
- ☐ Summons to be issued
- ☐ Notice of hearing to be filed
- ☐ Modification of the defendant's conditions of release
- ☐ Other

/s/ *Alice R. Senechal*
_____

    Alice R. Senechal
    U.S. Magistrate Judge