IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING RELEASE CONDITIONS** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kasondra Kaye Grant, | ) | Case Nos. 1:20-cr-075 and 3:20-cr-042 |
| | ) | |
| Defendant. | ) | |

On September 24, 2021, the court issued an order releasing defendant subject to a number of conditions. (Case No. 1:20-cr-075, Doc. No. 91; Case No. 3:20-cr-042, Doc. No. 856). Condition Eleven provided that defendant would be subject to GPS monitoring (including hybrid GPS) and home detention. On December 17, 2021, in consultation with the Pretrial Services Office, the court issued an order modifying Condition Eleven by substituting Radio Frequency (RF) monitoring in place of GPS monitoring. (Case No. 1:20-cr-075, Doc. No. 95; Case No. 3:20-cr-042, Doc. No. 923). In further consultation with the Pretrial Service Office, court shall further modify defendant's release conditions as follows:

(11) Defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay for all or part of the costs of participation in the location monitoring program as directed by the court and the pretrial services or probation officer.

　　Location monitoring technology at the discretion of the Pretrial Services Officer

This form of location monitoring technology shall be utilized to monitor the following restriction of the Defendant's movement in the community as well as other

court-imposed conditions of release:

> You are restricted to your residence every day from 10:00 PM until 5:00 AM or as directed by the supervising officer (Curfew).

All other conditions of release previously imposed by the court upon defendant remain in effect.

**IT IS SO ORDERED.**

Dated this 23rd day of December, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court