# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER AMENDING RELEASE CONDITIONS** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kasondra Kaye Grant, | ) | Case Nos. 1:20-cr-075 and 3:20-cr-042 |
| | ) | |
| Respondent. | ) | |

On September 24, 2021, the court issued an order releasing defendant subject to a number of conditions. (Case No. 1:20-cr-075, Doc. No. 91; Case No. 3:20-cr-042, Doc. No. 856). Condition Eleven provided that defendant would be subject to GPS monitoring (including hybrid GPS) and home detention. On December 17, 2021, in consultation with the Pretrial Services Office, the court issued an order modifying Condition Eleven by substituting Radio Frequency (RF) monitoring in place of GPS monitoring. (Case No. 1:20-cr-075, Doc. No. 95; Case No. 3:20-cr-042, Doc. No. 923). On December 23, 2021, in further consultation with the Pretrial Services Office, the court issued an order further modifying Condition Eleven to allow the Pretrial Service to utilize location monitoring technology at its discretion.

On March 1, 2022, the Pretrial Services Officer contacted the court to advised that her office and the parties agree that it would be appropriate to strike Condition Eleven and with it's the requirement that defendant submit to location monitoring and a curfew.  Accordingly, the court shall strike Condition Eleven.  Defendant shall no longer be required to submit to location monitoring or a curfew.  All other conditions of release previously imposed by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court